1
2
3
4

KILPATRICK TOWNSEND & STOCKTON LLP
CHRISTOPHER T. VARAS (Bar No. 32875)
CVaras@kilpatricktownsend.com
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
Telephone:    206-516-3088
Facsimile:    206-623-6793

5
6

Attorneys for Petitioner
BBC Worldwide Limited t/a BBC Studios (Distribution)

7

8

### UNITED STATES DISTRICT COURT

9

### WESTERN DISTRICT OF WASHINGTON

10

11
12
13
14
15

IN RE: DMCA SECTION 512(h)
SUBPOENA TO MICROSOFT, INC.

Case No.:    2:18-cv-1135

**BBC WORLDWIDE LIMITED T/A BBC STUDIOS (DISTRIBUTION)'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGERS**

16

17      Petitioner BBC Worldwide Limited t/a BBC Studios (Distribution) ("BBC Studios"), by

18  and through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a

19  subpoena directed to Microsoft, Inc. ("Microsoft") to identify an alleged infringer or infringers,

20  pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the

21  "Subpoena").  A copy of the proposed Subpoena is attached hereto as Exhibit 2 to the Declaration

22  of Christopher T. Varas ("Varas Decl.").

23      The requested subpoena relates to infringing material that BBC Studios discovered on the

24  website <onedrive.live.com>, which BBC Studios is informed and believes is operated by

25  Microsoft.  The infringing material includes, without limitation, an unauthorized copy of

26  copyrighted video content from Season 11, Episode 1 of Doctor Who, for which BBC Worldwide

27  Limited t/a BBC Studios (Distribution) is the exclusive licensee.

28



BBC WORLDWIDE LTD.'S REQUEST FOR ISSUANCE OF A
DMCA SECTION 512(H) SUBPOENA TO MICROSOFT, INC.
- 1 -

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98110
206-467-9600

1    BBC Studios has satisfied the requirements for issuance of a subpoena pursuant to 17

2    U.S.C. § 512(h), namely:

3       (1)    BBC Studios has submitted a copy of the notification required by 17 U.S.C. §

4              512(c)(3)(A).  *See* Varas Decl. ¶ 3, Ex. 1.

5       (2)    BBC Studios has submitted the proposed Subpoena concurrently herewith.  *See*

6              Varas Decl. ¶ 5, Ex. 2.

7       (3)    BBC Studios has submitted a sworn declaration confirming that the purpose for

8              which the Subpoena is sought is to obtain the identity of the alleged infringer or

9              infringers, and that such information will only be used for the purpose of protecting

10             rights under Title 17 U.S.C. § 512(h)(2).  *See* Varas Decl. ¶ 4.

11   Because BBC Studios has complied with the statutory requirements, BBC Studios

12   respectfully requests that the Clerk expeditiously issue and sign the proposed Subpoena pursuant

13   to 17 U.S.C. § 512(h)(4) and return it to the undersigned counsel for service on the subpoena

14   recipient.

15

16   DATED:  August 2, 2018          Respectfully submitted,

17                                   KILPATRICK TOWNSEND & STOCKTON LLP

18

19                                   By: _____

20                                       CHRISTOPHER T. VARAS

21                                   Attorneys for Petitioner BBC Worldwide Limited t/a
                                     BBC Studios (Distribution)

22

23

24

25

26

27

28



BBC WORLDWIDE LTD.'S REQUEST FOR ISSUANCE OF A
DMCA SECTION 512(H) SUBPOENA TO MICROSOFT, INC.
- 2 -