KILPATRICK TOWNSEND & STOCKTON LLP
CHRISTOPHER T. VARAS (Bar No. 32875)
CVaras@kilpatricktownsend.com
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: 206-516-3088
Facsimile: 206-623-6793

Attorneys for Petitioner
BBC Worldwide Limited t/a BBC Studios (Distribution)

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

IN RE: DMCA SECTION 512(h) SUBPOENA TO MICROSOFT, INC.

Case No.: 2:18-cv-1135

**DECLARATION OF CHRISTOPHER T. VARAS IN SUPPORT OF BBC WORLDWIDE LIMITED T/A BBC STUDIOS (DISTRIBUTION)'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGER(S)**

**DECLARATION OF CHRISTOPHER T. VARAS**

I, Christopher T. Varas, declare as follows:

1. I am a partner with the law firm of Kilpatrick Townsend & Stockton LLP, counsel of record for Petitioner BBC Worldwide Limited t/a BBC Studios (Distribution) ("BBC Studios"). I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of BBC Studios' request for issuance to Microsoft Inc. ("Microsoft"), owner and operator of the website <onedrive.live.com>, of a subpoena pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Subpoena"), to identify one or more alleged infringers whom BBC Studios is informed and believes posted copyrighted video content from Season 11, Episode 1 of Doctor Who (the

DECL. OF CHRISTOPHER T. VARAS ISO BBC WORLDWIDE LTD.'S REQUEST FOR ISSUANCE OF A DMCA SECTION 512(H) SUBPOENA TO MICROSOFT INC.
- 1 -
KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98110
206-467-9600

"Infringing Content") on systems operated by Microsoft without BBC Studios' authorization.

3. On June 25, 2018, BBC Studios submitted a notification via email identifying the Infringing Content on Microsoft's system and providing the information required by 17 U.S.C. § 512(c)(3)(A). Attached hereto as **Exhibit 1** is a true and correct copy of the June 25, 2018 notification to Microsoft.

4. The purpose for which the Subpoena to Microsoft is sought is to obtain the identity of the alleged infringer (or infringers) and such information will only be used for the purpose of protecting rights under title 17 U.S.C. §§ 100, *et seq*.

5. A true and correct copy of BBC Studios' proposed Subpoena to Microsoft is attached hereto as **Exhibit 2**.

I declare under penalty of perjury under the laws of the State of Washington and United States of America that the foregoing is true and correct.

Executed on August 2, 2018, at Seattle, Washington.

Christopher T. Varas

DECL. OF CHRISTOPHER T. VARAS ISO BBC WORLDWIDE LTD.'S REQUEST FOR ISSUANCE OF A DMCA SECTION 512(H) SUBPOENA TO MICROSOFT INC.
- 2 -

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98110
206-467-9600

# EXHIBIT 1

**From:** Marcin Przasnyski <marcin@przasnyski.com>
**Sent:** Monday, June 25, 2018 1:50 PM
**To:** dmcaagnt@microsoft.com
**Subject:** Microsoft Content Infringement

**Notice of Infringement**
**First name:** Marcin
**Last name:** Przasnyski
**Contact email:** mp@antipiracyprotection.co.uk
**Name of the intellectual property (IP) owner (if not you):** BBC Studios
**Country of submitter:** United Kingdom
**Please describe your intellectual property (IP) in detail:** Copyright to Television Series titled Doctor Who, especially any and all video, audio, still, audiovisual material of unreleased Series 11 being in the making.
**Specific online location (URL) where we can view your work (if available online):**
**Specific online location (URL) where your intellectual property (IP) is being infringed:**
https://onedrive.live.com/?authkey=!ANCqXycmPXOOjQc&cid=7A07BB4226E47E0E&id=7A07BB4226E47E0E!519&parId=7A07BB4226E47E0E!510&o=OneUp
https://onedrive.live.com/?authkey=!ANCqXycmPXOOjQc&cid=7A07BB4226E47E0E&id=7A07BB4226E47E0E!519&parId=7A07BB4226E47E0E!510&action=locate
**Additional information:** The unauthorised, unreleased footage from work in progress material was stolen from the studio and posted online without authorisation.
**Required Statements**
**Good Faith Belief:** Checked
**Authority to Act:** Checked
**512(f) Acknowledgement:** Checked
**Signature:** Marcin Przasnyski

# EXHIBIT 2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| In re: DMCA Subpoena to Microsoft, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Microsoft, Inc., One Microsoft Way, Redmond, WA 98052

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A.

| Place: Kilpatrick Townsend & Stockton LLP, Attn: Christopher T. Varas, 1420 Fifth Avenue, Suite 3700, Seattle, WA 98101 | Date and Time: August 16, 2018, 5:00 p.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/02/18

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* BBC Worldwide Limited t/a BBC Studios (Distribution), who issues or requests this subpoena, are:

Christopher Varas, 1420 Fifth Avenue, Suite 3700, Seattle, WA 98101; cvaras@kilpatricktownsend.com; 206-516-3088

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT 2, p. 4

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)*

on *(date)* ______________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________

______________________________________________

______________________________ on *(date)* ______________ ; or

❒ I returned the subpoena unexecuted because: ______________

______________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

EXHIBIT 2, p. 5

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**

The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

EXHIBIT 2, p. 6

**ATTACHMENT A**

**DOCUMENTS TO BE PRODUCED UNDER SUBPOENA**

1. All information that may identify the alleged infringer who posted infringing content located at the following Microsoft OneDrive link: https://onedrive.live.com/?authkey=!ANCqXycmPXOOjQc&cid=7A07BB4226E47E0E&id=7A07BB4226E47E0E!519&parId=7A07BB4226E47E0E!510&o=OneUp, including, without limitation, any name, account name, address, telephone number, email address, birth date, profile photo, device information (e.g., IP address, device type, name, operating system, MAC address or other identifiers), browser information, location information, information from others (e.g., Facebook or Google+) and time posted.

2. To the extent not already provided, all information that may identify the alleged infringer who posted infringing content located at the following Microsoft OneDrive link: https://onedrive.live.com/?authkey=!ANCqXycmPXOOjQc&cid=7A07BB4226E47E0E&id=7A07BB4226E47E0E!519&parId=7A07BB4226E47E0E!510&action=locate, including, without limitation, any name, account name, address, telephone number, email address, birth date, profile photo, device information (e.g., IP address, device type, name, operating system, MAC address or other identifiers), browser information, location information, information from others (e.g., Facebook or Google+) and time posted.

3. All information regarding any earlier posting of the infringing content located at the Microsoft OneDrive links listed in Request Nos. 1 and 2 above: file name IMG_1563.TRIM.MOV, including account name, date created, date modified, duration, file size and type, number of views, as well as timestamp information for when the file was made available for public viewing.